## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

MARCUS CHANDLER                                                                                        PETITIONER

vs.                                                                                        Civil Action No. 3:09-cv-88 HTW-LRA

CHRISTOPHER EPPS and
THE STATE OF MISSSISSIPPI                                                                    RESPONDENTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation.  Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court.

**SO ORDERED, THIS THE 27th DAY OF March, 2012.**

                                                                        s/ HENRY T. WINGATE
                                                                        **UNITED STATES DISTRICT JUDGE**